# Court of Appeals
# of the State of Georgia

ATLANTA,  March 09, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1223.  DANIEL HARGROVE v. THE STATE.

A jury found Daniel Hargrove guilty of kidnapping, family violence aggravated battery, and two counts of family violence aggravated assault in 2007.  On direct appeal, we reversed his kidnapping conviction, but otherwise affirmed his judgment of conviction.  *Hargrove v. State*, 299 Ga. App. 27 (681 SE2d 707) (2009).  On remand, the trial court imposed a total sentence of 40 years' imprisonment.

In 2017, Hargrove filed an application for a writ of habeas corpus ad testificandum and a "Plea of Nul Tiel Record Motion to Vacate a Void Sentence."[1] The trial court denied both requests in an order entered on December 20, 2017.  On January 22, 2018, Hargrove filed a notice of appeal from the trial court's order.[2]  We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Pretermitting whether a direct appeal may lie from the trial court's December 20 order, Hargrove's notice of appeal is untimely, as it was filed 33 days after entry of the order.

---

[1] Neither of these filings are included in the record on appeal.

[2] Hargrove's notice of appeal is dated January 8, 2018, but was not filed in the trial court until January 22.

Consequently, this appeal is hereby DISMISSED for lack of jurisdiction. See *Rowland*, 264 Ga. at 872 (1).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/09/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*